UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH RODERICK JR.,<br><br>                    Plaintiff,<br><br>       -against-<br><br>WILLIAM MARTIN JOEL, AKA "BILLY JOEL"; SONY MUSIC ENTERTAINMENT/COLUMBIA RECORDS; LIBERTY DEVITTO; DENNIS ALEXANDER,<br><br>                    Defendants. | 25-cv-5446 (LLS)<br><br>CIVIL JUDGMENT |

     For the reasons stated in the January 13, 2026, order, the Court dismisses Plaintiff's federal copyright claims without prejudice for failure to state a claim on which relief may be granted.

SO ORDERED.

Dated:   January 14, 2026
           New York, New York

                                      /s/ Louis L. Stanton
                                         LOUIS L. STANTON
                                     United States District Judge