IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Joseph Roderick, Jr,
Plaintiff,
v.
William Martin Joel, et al.,
Defendants.

No. CV-26-00594-PHX-CDB

**ORDER**

This matter was assigned to Magistrate Judge Camille D. Bibles. (Doc. 11). On July 13, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 44). To date, no objections have been filed. The Magistrate Judge recommends that this matter be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) because Plaintiff's claims for relief are time-barred and Plaintiff has been given numerous opportunities to plead facts establishing that he is entitled to tolling of the statute of

---

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,
>
> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.
>
> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:
>
> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

limitations and has failed to do so. (Id.)

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

## DISCUSSION

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. Moreover, Plaintiff fails to state cognizable claims, therefore, the Court dismisses this action under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted. Further, dismissal with prejudice is appropriate, here, because "the plaintiff has previously been granted leave to amend" and has subsequently failed to cure deficiencies existing in prior iterations of his complaint. See Zucco Partners, LLC v. Digimarc Corp., 552 F.3d 981, 1007 (9th Cir. 2009), as amended (Feb. 10, 2009).

## CONCLUSION

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 44).

**IT IS FURTHER ORDERED denying** Plaintiff's Motion for Leave to File Sixth Amended Complaint. (Doc. 42).

**IT IS FURTHER ORDERED dismissing** Plaintiff's operative amended complaint **with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B). (Doc. 6).

**IT IS FURTHER ORDERED denying** Plaintiff's prior motions to proceed on an amended complaint, motion to allow electronic filing, motion for a status report, and motion to accept a notice of errata as **moot**. (Docs. 14; 15; 20; 21; 24; 32; 34).

**IT IS FURTHER ORDERED dismissing** this action **with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED directing** the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 7th day of August, 2026.

Stephen M. McNamee
Senior United States District Judge